Lloyd Thomas Bernhard, II, In Pro Se
25526 S. Bird Road
Tracy, California 95304
Telephone: (415) 917-0266
Email: bernhardltb@gmail.com

Stephanie Celeste Tejada-Otero, In Pro Se
25526 S. Bird Road
Tracy, California 95304
Telephone: (415) 917-0266
Email: redwoodforestt@gmail.com

Plaintiffs, In Pro Se

FILED

APR 25 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II, An individual, <br><br>STEPHANIE CELESTE TEJADA-OTERO, an individual <br><br>Plaintiffs, <br><br>v. <br><br>COUNTY OF SAN JOAQUIN, et al. <br><br>Defendants | 2:21-cv-00948 JAM DB PS <br><br>PLAINTIFFS REPLY TO ORDER TO SHOW CAUSE |

//
//
//

1

Plaintiffs, hereby respectfully reply to The Court's Order To Show Cause signed by Magistrate Judge Deborah Barnes on April 8, 2022, and sent out for Service on April 11, 2022, as follows:

The underlying case which is the subject of this Federal Complaint for Damages was proceeding, in which the Agency had defied Court Orders, in retaliation against Plaintiffs.

The underlying case had gone far beyond the 24 month period. Finally being dismissed, on February 25, 2022, with the children permanently returned to the parents.

The Plaintiffs informed the Court Clerk's office that the originally issued Summons was not complete with all named Defendants. Therefore, on April 22, 2022, the Clerk issued a new Summons. Plaintiffs immediately obtained that Summons the same day issued by the Court, April 22, 2022, and Plaintiffs served all named Defendants with the Federal Summons and Complaint on April 22, 2022. An executed Return of Service is being filed with this Court, together with this Reply on April 25, 2022.

Prior to receiving the Summons issued on April 22, 2022, the Plaintiffs were in real fear of further retaliation against them, if the Federal Complaint was served during the time in which the children were being transitioned home. Plaintiffs were sure, and in fear, that the Agency would further defy Court Orders, as they already had, to implement the transition, and therefore the children would not be returned to the Plaintiffs, if the Federal Complaint were served during the time the underlying Juvenile Dependency case was still ongoing for transition and subsequent dismissal.

//                                                                                                                                              //

2

PLAINTIFFS REPLY TO OSC
Case No.: 2:21-cv-00948 JAM DB PS

The Plaintiffs have no objection to the enjoinment of the proceedings in this case (2:21-cv-00948 JAM DB PS), together with Case Number 2:21-cv-0172 JAM DB PS to promote judicial economy and comprehensive disposition of litigation.

The Plaintiffs would respectfully object to Dismissal of Case Number 2:21-cv-00948 JAM DB PS as the Complaint was filed in association with a different day of removal by the Agency than Case Number 2:21-cv-0172 JAM DB PS, and therefore there are additional named Defendants and circumstances in the second Complaint which were involved in the second removal: Case Number 2:21-cv-00948 JAM DB PS, than in the first complaint: Case Number 2:21-cv-0172 JAM DB PS.

Once the Plaintiffs were served with the recent Order to Show Cause, the Plaintiffs immediately served all Defendants with the Federal Summons and Complaint on April 22, 2022 and as mentioned above, an executed Return of Service is being filed together with this Reply on April 25, 2022.

Plaintiffs would like to wholeheartedly thank this Court and Honorable United States Magistrate Judge Deborah Barnes for allowing Plaintiffs this opportunity to Reply to the recent Order to Show Cause, in light of plaintiffs' pro se status, the above-mentioned circumstances and in the interests of justice in providing plaintiffs with an opportunity to show good cause for their conduct.

Lastly, Plaintiffs are currently in vigorous and active discussion with an attorney to step in this case and represent Plaintiffs. Plaintiffs hope to have attorney engagement within the next 60 days.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Signed this 25th day of April, 2022, in City of Tracy, County of San Joaquin, California.

_____

LLOYD THOMAS BERNHARD, Plaintiff In Pro Se

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Signed this 25th day of April, 2022, in City of Tracy, County of San Joaquin, California.

_____

STEPHANIE CELESTE TEJADA-OTERO, Plaintiff In Pro Se

---

4

PLAINTIFFS REPLY TO OSC
Case No.: 2:21-cv-00948 JAM DB PS