# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LLOYD THOMAS BERNHARD II, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

COUNTY OF SAN JOAQUIN, ET AL.,

CASE NO: 2:21-CV-00948-JAM-DB

TO: Misty Arbuckle, Leslie Billings, Daniello Bravo, County of San Joaquin, Marisol Enos-Schaffer, Yeni Gonzales, Danevia Rhone, San Joaquin County Health and Human Services Agency, Adrenna Torrence, Kathy Tracewell
Defendant's Address:



FILED
APR 25 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve on

Lloyd Thomas Bernhard, II; Stephanie Celeste Tejada-Otero
25526 S. Bird Rd.
Tracy, CA 95304

an answer to the complaint which is served on you with this summons, within **21 days** after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

/s/ A. Benson

(By) DEPUTY CLERK

**ISSUED ON 2021-05-27 09:38:37**, Clerk
USDC EDCA

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE April 22, 2022 |
|---|---|
| NAME OF SERVER (PRINT) Roxane Bernhard | TITLE Individual |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: All named defendants San Joaquin County Board of Supervisors, Clerk, 44 N. San Joaquin Street, Suite 627 Stockton, CA 95202

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: AGENT FOR SERVICE OF PROCESS, Janny Som

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL (No Charge) Zero 0 | SERVICES NO CHARGE ZERO 0 | TOTAL NO Charge Zero - 0 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 22, 2022    Roxane Bernhard
Date                          Signature of Server
                              975 E Street, Unit B
                              Tracy, CA 95376
                              Address of Server

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LLOYD THOMAS BERNHARD II, ET AL.,

              V.                    **SUMMONS IN A CIVIL CASE**

COUNTY OF SAN JOAQUIN, ET AL.,

                                  CASE NO: 2:21-CV-00948-JAM-DB

TO: Misty Arbuckle, Leslie Billings, Daniello Bravo, County of San Joaquin, Marisol Enos–Schaffer, Yeni Gonzales, Danevia Rhone, San Joaquin County Health and Human Services Agency, Adrenna Torrence, Kathy Tracewell
Defendant's Address:



**YOU ARE HEREBY SUMMONED** and required to serve on

Lloyd Thomas Bernhard, II; Stephanie Celeste Tejada–Otero
25526 S. Bird Rd.
Tracy, CA 95304

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEITH HOLLAND
CLERK

/s/ A. Benson



JS 44 (Rev. 12/12)  Case 2:21-cv-00948-JAM-DB Document 1-1 Filed 05/25/21 Page 1 of 1
**CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Lloyd Thomas Bernhard, II
Stephanie Celeste Tejada-Otero

(b) County of Residence of First Listed Plaintiff: San Joaquin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)* In Pro Se
25526 S. Bird Road
Tracy, CA 95304

### DEFENDANTS
County of San Joaquin, et al.

County of Residence of First Listed Defendant: San Joaquin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

[Stamp: RECEIVED APR 22, CLERK OF BOARD OF SUPERVISORS]

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State YES | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
Violation of Civil Rights, Monell Based Claim Pendant State Claim

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE: 5-24-21
SIGNATURE OF ATTORNEY OF RECORD: [signature]
In PRO SE

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

2:21 CV 0948 JAM DB (PS)

1 Lloyd Thomas Bernhard, II, In Pro Se
25526 S. Bird Road
2 Tracy, California 95304
T: (415) 917-0266
3 E: bernhardltb@gmail.com

4 Stephanie Celeste Tejada-Otero, In Pro Se
25526 S. Bird Road
5 Tracy, California 95304
T: (415) 917-0266
6 E: redwooodforestt@gmail.com

7 Plaintiffs, In Pro Se

**FILED**

MAY 25 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LLOYD THOMAS BERNHARD, II,
An individual,
STEPHANIE CELESTE TEJADA-OTERO,
An individual,

    Plaintiffs,
vs.

COUNTY OF SAN JOAQUIN a public entity,
SAN JOAQUIN COUNTY HEALTH AND
HUMAN SERVICES AGENCY
A subdivision or entity of THE COUNTY OF
SAN JOAQUIN, ADRENNA TORRENCE,
An individual, LESLIE BILLINGS, an
individual, SONIA PIVA, an individual,
MISTY ARBUCKLE, an individual,
DANEVIA RHONE, an individual, MARISOL
ENOS-SCHAFFER, an individual, YENI
GONZALES, an individual, DANIELLO
BRAVO, an individual, KATHY
TRACEWELL, an individual, And DOES 1
through 50 inclusive,

    Defendants.

Case No. 2:21cv0948 JAM DB(PS)

**COMPLAINT FOR DAMAGES**

**First Cause of Action:**
Violation of Civil Rights (42 U.S.C. Section 1983) Fourteenth Amendment-Deception in The Presentation of Evidence/Interference with Familial Association

**Second Cause of Action:**
Violation of Civil Rights (42 U.S.C. Section 1983) First Amendment Retaliation/Coercion

**Third Cause of Action:**
Violation of Civil Rights Fourteenth Amendment – Unwarranted Forensic Medical Examination and/or Interview of Child(ren) Interference with Familial Association

**Fourth Cause of Action:**
*Monell* – Related

**Fifth Cause of Action:**
Violation of Civil Rights
Fourth Amendment

1

COMPLAINT FOR DAMAGES
Bernhard, et al. V. County of San Joaquin, et al.