# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**Lloyd Thomas Bernhard II , et al. ,**

vs.

**County of San Joaquin , et al. ,**

CASE NO: 2:21-CV-00948-JAM-DB

## SUMMONS IN A CIVIL CASE

TO: **Sonia Piva**

Defendant's Address:

**FILED**

APR 25 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve on:

**Lloyd Thomas Bernhard, II
Stephanie Celeste Tejada-Otero
25526 S. Bird Road
Tracy, California 95304**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you,** exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

**/s/ L. Reader**
(By) DEPUTY CLERK



ISSUED ON 2022-04-22 09:54:37
CLERK, USDC EDCA

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE April 22, 2022 |
| NAME OF SERVER (PRINT) Roxane Bernhard | TITLE Individual |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. ^All named defendants Place where served: San Joaquin County Board of Supervisors, Clerk, 44 N. San Joaquin Street, Suite 627, Stockton, CA 95202

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: AGenT FOR Service of Process, Janny Som

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| zero -0- (no Charge) | zero -0- (No Charge) | zero -0- (No charge) |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 22, 2022         Roxane Bernhard
                  Date                   Signature of Server
                                         975 E Street, Unit B
                                         Tracy, CA 95376
                                         Address of Server

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Lloyd Thomas Bernhard II, et al.,

vs.

County of San Joaquin, et al.,

CASE NO: 2:21-CV-00948-JAM-DB

## SUMMONS IN A CIVIL CASE

TO: **Sonia Piva**

Defendant's Address:



**YOU ARE HEREBY SUMMONED** and required to serve on:

**Lloyd Thomas Bernhard, II**
**Stephanie Celeste Tejada-Otero**
**25526 S. Bird Road**
**Tracy, California 95304**

an answer to the complaint which is served on you with this summons, **within 21 days after service of this summons on you,** exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH HOLLAND**
CLERK

/s/ **L. Reader**
(By) DEPUTY CLERK

ISSUED ON 2022-04-22 09:54:37
CLERK, USDC EDCA

JS 44 (Rev. 12/12)   Case 2:21-cv-00948-JAM-DB   Document 1-1   Filed 05/25/21   Page 1 of 1
# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lloyd Thomas Bernhard, II
Stephanie Celeste Tejada-Otero

**(b)** County of Residence of First Listed Plaintiff  San Joaquin
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*  In Pro Se
25526 S. Bird Road
Tracy, CA 95304

## DEFENDANTS
County of San Joaquin, et al.

County of Residence of First Listed Defendant  San Joaquin
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State YES | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | | | | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
Violation of Civil Rights, Monell Based Claim, Pendant State Claim

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 5-24-21
SIGNATURE OF ATTORNEY OF RECORD   In PRO SE

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

2:21cv0948 JAM DB(PS)

| | |
|---|---|
| Lloyd Thomas Bernhard, II, In Pro Se<br>25526 S. Bird Road<br>Tracy, California 95304<br>T: (415) 917-0266<br>E: bernhardltb@gmail.com<br><br>Stephanie Celeste Tejada-Otero, In Pro Se<br>25526 S. Bird Road<br>Tracy, California 95304<br>T: (415) 917-0266<br>E: redwooodforestt@gmail.com<br><br>Plaintiffs, In Pro Se | **FILED**<br>MAY 25 2021<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNHARD, II,<br>An individual,<br>STEPHANIE CELESTE TEJADA-OTERO,<br>An individual,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SAN JOAQUIN a public entity,<br>SAN JOAQUIN COUNTY HEALTH AND<br>HUMAN SERVICES AGENCY<br>A subdivision or entity of THE COUNTY OF<br>SAN JOAQUIN, ADRENNA TORRENCE,<br>An individual, LESLIE BILLINGS, an<br>individual, SONIA PIVA, an individual,<br>MISTY ARBUCKLE, an individual,<br>DANEVIA RHONE, an individual, MARISOL<br>ENOS-SCHAFFER, an individual, YENI<br>GONZALES, an individual, DANIELLO<br>BRAVO, an individual, KATHY<br>TRACEWELL, an individual, And DOES 1<br>through 50 inclusive,<br><br>Defendants. | Case No. 2:21 cv 0948 JAM DB (PS)<br><br>**COMPLAINT FOR DAMAGES**<br><br>**First Cause of Action:**<br>Violation of Civil Rights (42 U.S.C. Section 1983) Fourteenth Amendment-Deception in The Presentation of Evidence/Interference with Familial Association<br><br>**Second Cause of Action:**<br>Violation of Civil Rights (42 U.S.C. Section 1983) First Amendment Retaliation/Coercion<br><br>**Third Cause of Action:**<br>Violation of Civil Rights Fourteenth Amendment – Unwarranted Forensic Medical Examination and/or Interview of Child(ren) Interference with Familial Association<br><br>**Fourth Cause of Action:**<br>*Monell* – Related<br><br>**Fifth Cause of Action:**<br>Violation of Civil Rights Fourth Amendment |

1