DANA A. SUNTAG (California State Bar # 125127)
JOSHUA J. STEVENS (California State Bar # 238105)
AMY N. SEILLIERE (California State Bar # 335694)
HERUM\CRABTREE\SUNTAG
A Limited Liability Partnership
5757 Pacific Avenue, Suite 222
Stockton, CA 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com

Attorneys for All Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNARD, II, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN JOAQUIN, et al. <br><br> Defendants. | Case No.: 2:21-cv-00948-JAM-DB <br><br> **DEFENDANTS COUNTY OF SAN JOAQUIN AND HUMAN SERVICES AGENCY'S NOTICE OF RELATED CASES** |

Pursuant to Local Rule 123(b), Defendants County of San Joaquin (the "County") and Human Services Agency ("HSA") file this Notice of Related Cases. Counsel for Defendants believe *Bernhard, et al. v. County of San Joaquin, et al.*, Case Number 2:21-CV-00172-JAM-DB is related to the instant action.

The complaints in both cases are based on allegations of the same incidents that Plaintiffs allege occurred on January 29, 2019, and May 25, 2019. *Compare* Complaint, case no. 0172, ¶¶ 9, 46 *with* Complaint, case no. 0948, ¶¶ 10, 42, 43. The main difference appears to be that the instant case names two defendants whom case number 2:21-CV-00948-JAM-DB does not name: Daniello Bravo and Kathy Tracewell. Because of the similarity of the complaints in both actions, assignment to a single judge or magistrate judge is likely to effect a savings of judicial effort and other economies.

Dated: May 13, 2022

HERUM\CRABTREE\SUNTAG
A Limited Liability Partnership

By: ___/s/ Dana A. Suntag___
DANA A. SUNTAG
Attorneys for All Defendants

DEFENDANTS COUNTY OF SAN JOAQUIN AND HUMAN SERVICES AGENCY'S NOTICE OF RELATED CASES

# PROOF OF SERVICE

I, KAYLA FRANCO, declare:

I am over the age of 18 years and not a party to this action. My business address is HERUM \ CRABTREE \ SUNTAG, 5757 Pacific Avenue, Suite 222, Stockton, CA 95207. On the date set forth below, I served the following document:

**DEFENDANTS COUNTY OF SAN JOAQUIN AND HUMAN SERVICES AGENCY'S NOTICE OF RELATED CASES**

[ X ] **BY U.S. MAIL**. By enclosing the document(s) in a sealed envelope(s) addressed to the person(s) set forth below, and placing the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing of correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

*Pro Se Plaintiffs*

Lloyd Thomas Bernhard, II
Stephanie Celeste Tejada-Otero
25526 S. Bird Road
Tracy, California 95304

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 13, 2022, at Stockton, California.

_____
KAYLA FRANCO