UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNARD, II; STEPHANIE CELESTE TEJADA-OTERO, | No. 2:21-cv-00948 DAD DB PS |
| Plaintiffs, | ORDER |
| v. | |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

Plaintiffs Lloyd Thomas Bernard and Stephanie Celeste Tejada-Otero are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On December 23, 2022, the undersigned dismissed plaintiffs' complaint and granted plaintiffs leave to amend and to properly serve the defendants. (ECF No. 22.) On January 19, 2023, plaintiffs filed a motion seeking a 45-day extension of time to file the amended complaint. (ECF No. 23.) Therein, plaintiffs note that their complaint concerns state court juvenile proceedings, that holidays have delayed their drafting, and that plaintiffs have been attempting to retain counsel. On January 31, 2023, defendants filed an opposition. (ECF No. 24.)

Having reviewed the parties' filings, the undersigned finds that plaintiffs have established good cause for granting an extension of time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' January 19, 2023 motion for an extension of time (ECF No. 23) is granted;

2. Within twenty-eight days from the date of this order, an amended complaint may be filed that cures the defects noted in this order and complies with the Federal Rules of Civil Procedure and the Local Rules of Practice. The amended complaint must bear the case number assigned to this action and must be titled "Amended Complaint"; and

3. Within twenty-eight days from date of this order plaintiffs shall file proof of service of the amended complaint on the defendants in compliance with Rule 4.

Dated: March 7, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\bernhard0948.eot.ord

2