UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD THOMAS BERNARD, II; STEPHANIE CELESTE TEJADA-OTERO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No. 2:21-cv-00948-TLN-DB<br><br>**ORDER** |

Plaintiffs are proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 23, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiffs, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The time for filling objections has expired, and Plaintiffs did not file any objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 23, 2023 (ECF No. 28) are ADOPTED IN FULL;
2. This action is DISMISSED without prejudice;
3. Defendants' April 18, 2023 motion to dismiss (ECF No. 27) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

DATE: September 1, 2023

_____
Troy L. Nunley
United States District Judge